IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARIA WILLIAMS AND DEREK WILLIAMS, <br><br> Plaintiffs, <br><br> vs. <br><br> UNDER THE SEAL LLC, BARBARA WHITMAN HOWELL AND KO OLINA MARINA, <br><br> Defendants. | CIV NO. 17-00112 LEK-RLP |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 26, 2017 via First Class Mail, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Dismiss This Action Without Prejudice", ECF NO. [17] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, August 16, 2017.



      /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**MARIA WILLIAMS AND DEREK WILLIAMS VS. UNDER THE SEAL LLC, ET AL; CIVIL 17-00112 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**